# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

| | |
|---|---|
| 9th Circuit Case Number(s): | 10-35379 |
| District Court/Agency Case Number(s): | 1:08-cv-00111-CSO |
| District Court/Agency Location: | Billings, Montana |
| Case Name: | Goolsby    v.    Raney, et al. |

**Please briefly describe the dispute that gave rise to this lawsuit.**

This is a malicious prosecution/civil rights action where various drug charges against the Plaintiff were dismissed after an alleged illegal traffic stop, arrest, search warrant application. The officers allegedly failed to produce exculpatory evidence, violating repeated requests and a discovery order. Plaintiff's rights were allegedly violated during his incarceration.

*(Please continue to next page.)*

**Briefly describe the procedural history, the result below, and the main issues on appeal.**

On 3/24/10 (Dkt 89), the court ruled on nine pending motions including four summary judgment motions. The basic result was to grant the Defendants' motions, allow them to supplement the record regarding the officers' discovery abuse while denying the Plaintiff the same opportunity. At this time, it is Appellant's intent to contest those findings.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

None at this time.

*(Please continue to next page.)*

Provide any other information that might affect the suitability of this case for mediation.

Plaintiff/Appellant's counsel is doubtful that mediation will be fruitful, given the fact that the Defendants "won" in district court.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | s/ Terry F. Schaplow

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Plaintiff/Appellant, Peter Goolsby

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.