Terry F. Schaplow, P.C.
1700 West Koch, Suite 11
Bozeman, Montana 59715
(406) 587-2767
Fax (406) 586-4922
tfschaplow@imt.net
Attorney for Plaintiff

Harlan B. Krogh
Crist, Krogh & Nord, LLC
The Securities Building
2708 First Ave. N, Ste. 300
Billings, MT 59101
406-255-0400
hkrogh@cristlaw.com
Atty for Harris and Farrell

Michael J. Lilly
Berg, Lilly & Tollefson
One West Main
Bozeman, MT 59715
587-3181
F: 587-3240
email: berglawfirm.com
Atty for Raney & City

Steven Robert Milch
Crowley Fleck PLLP
P.O. Box 2529
Billings, MT59103-2529
406-252-3441
smilch@crowleyfleck.com
atty for Park County
and Clark Carpenter