## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of April, 2010, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _____ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
|  1-3  | Email |

1.  Terry F. Schaplow, P.C.
    1700 West Koch, Suite 11
    Bozeman, MT 59715
    Telephone: 406.587.2767
    Fax: 406.586.4922
    tfschaplow@imt.net
    Attorney for Plaintiff Peter Goolsby

2.  Michael J. Lilly
    Berg Lilly & Tollefsen
    One West Main
    Bozeman, MT 59715
    Telephone: 406.587.3181
    Fax: 406.587.3240
    mikelilly@berglawfirm.com
    Attorney for Defendants Darren Raney and City of Livingston

3.  Steven Milch
    Crowley Fleck, PLLP
    P.O. Box 2529
    Billings, MT 59103-2529
    Telephone: 406.252.3441
    Fax: 406.252.5292
    smilch@crowleyfleck.com
    Attorney for Park County and Clark Carpenter

                               By:    /s/ Harlan B. Krogh
                                        Harlan B. Krogh
                                        Attorneys for Defendants
                                        Captain Glenn Farrell and
                                        Officer Joseph Harris