STEVEN R. MILCH
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529
406-252-3441

Attorneys for Defendants/Appellees
Park County, Jay O'Neill and Clark Carpenter

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>        Plaintiff - Appellant,<br><br>vs.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; GLENN FARRELL, Captain, individually and as agent of the City of Livingston; JOSEPH HARRIS, Officer, individually and as agent of the City of Livingston; JAY O'NEILL, Captain, individually and as agent of Park County; CLARK CARPENTER, individually and as agent and Sheriff of Park County; THE CITY OF LIVINGSTON, a political subdivision of the State of Montana; PARK COUNTY, a political subdivision of the State of Montana,<br><br>        Defendants – Appellees. | USCA No. 10-35379<br>Appeal filed on: 04/20/10<br><br>USDC No. CV-08-111-BLG-CSO<br>Magistrate Judge Carolyn S. Ostby<br><br>**MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION** |

# I.
# MOTION

COME NOW the defendants/appellees Park County, Clark Carpenter, and Jay O'Neill, by and through their attorneys, and hereby move to dismiss this appeal as premature and interlocutory. The grounds for the motion are more fully set forth below.

# II.
# SUPPORTING MEMORANDUM

The appeal of this matter is premature and interlocutory. The plaintiff/appellant Peter Goolsby has appealed the District Court's Order, dated March 24, 2010, which granted some but not all defendants summary judgment in this action. See Plaintiff's Notice of Appeal, April 20, 2010 [Dkt. #97]. As such, this Court lacks jurisdiction to entertain the subject appeal, and the appeal should appropriately be dismissed pursuant to Ninth Circuit Rule 3-6.

Under 28 U.S.C. § 1291, the Courts of Appeal are granted jurisdiction over final decisions of the District Courts. Section 1292(a) permits Courts of Appeal to exercise jurisdiction over certain specified interlocutory orders, none of which are involved in this case. Section 1292(b) permits Courts of Appeal to exercise jurisdiction over certain certified orders of the District Courts, which again are not applicable in this case.

Furthermore, the plaintiff/appellant did not move for, nor obtain, an order under Rule 54(b), Fed. R. Civ. P., certifying that judgment is final as to one or more of the claims or parties in this action.  "Without the district court's certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, orders dismissing some but not all of the defendants are not appealable final orders." Burnett v. Faecher, 2010 WL 76374, at *1 (9th Cir. Jan. 11, 2010).  See also Maurer v. L.A. County Sheriff's Dep't, 691 F.2d 434, 436 n. 1 (9th Cir. 1982) ("A dismissal as to some but not all defendants is not a final order as required by 28 U.S.C. § 1291, and is not appealable absent a certification under Fed. R. Civ. P. 54(b)").

As such, the Court should appropriately dismiss this appeal for lack of jurisdiction pursuant to Ninth Circuit Rule 3-6.

DATED this 13th day of May, 2010.

/s/ STEVEN R. MILCH
STEVEN R. MILCH
Crowley Fleck PLLP
PO Box 2529
Billings, MT  59103-2529
Attorneys for Defendants/Appellees
Park County, Jay O'Neill, and Clark Carpenter

## CERTIFICATE OF COMPLIANCE

 Pursuant to rule 33(a)(7)(c), F.R.A.P., I certify that this brief in support contains 327 words (as counted by Microsoft Word 2007), excluding caption, certificate of service and compliance, is double spaced and printed in at least 14 point font, except for footnotes and indented quotations

        /s/ STEVEN R. MILCH
        STEVEN R. MILCH
        Crowley Fleck PLLP
        P.O. Box 2529
        Billings, MT  59103-2529
        Attorneys for Defendants/Appellees
        Park County, Jay O'Neill, and Clark
        Carpenter

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        /s/ STEVEN R. MILCH
        STEVEN R. MILCH