Harlan B. Krogh
Crist, Krogh & Nord, LLC
2708 First Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Fax: (406) 255-0697
hkrogh@cristlaw.com

  Attorneys for Defendants/Appellees
  Glenn Farrell and Joseph Harris

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER LEROY GOOLSBY,<br><br>    Plaintiff-Appellant,<br><br>vs.<br><br>DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; GLENN FARRELL, Captain, individually and as agent of the City of Livingston; JOSEPH HARRIS, Officer, individually and as agent of the City of Livingston; JAY O'NEIL, Captain, individually and as agent of Park County; CLARK CARPENTER, individually and as agent and Sheriff of Park County; THE CITY OF LIVINGSTON, a political subdivision of the State of Montana; PARK COUNTY, a political subdivision of the State of Montana,<br><br>    Defendants-Appellees. | USCA No. 10-35379<br>Appeal file on: 04/20/10<br><br>USDC No. CV-08-111-BLG-CSO<br>Magistrate Judge Carolyn S. Ostby<br><br>**DEFENDANTS/APPELLEES' JOINDER IN MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION** |

  Defendants/Appellees Park County, Jay O'Neil and Clark Carpenter filed a Motion to Dismiss Appeal for Lack of Jurisdiction. Defendants/Appellees Glenn Farrell and Joseph Harris join in the Motion to Dismiss Appeal for Lack of Jurisdiction filed by Park County, Jay O'Neil and Clark Carpenter and adopt all the arguments and incorporate them herein by reference made by Park County, Jay O'Neil and Clark Carpenter in support of their Motion.

DATED this 17th day of May, 2010.

        By:    /s/ Harlan B. Krogh
               Harlan B. Krogh
               Crist, Krogh & Nord, LLC
               2708 First Avenue North, Suite 300
               Billings, MT 59101
               Attorneys for Defendants/Appellees Glenn Farrell and Joseph Harris

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing **Joinder in Motion to Dismiss Appeal for Lack of Jurisdiction** was electronically filed with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 17th day of May, 2010. Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system.

      CRIST, KROGH & NORD, LLC

      By: /s/ Harlan B. Krogh
           Harlan B. Krogh

           Attorneys for Defendants/Appellees
           Glenn Farrell and Joseph Harris