FILED

UNITED STATES COURT OF APPEALS

JUN 11 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER LEROY GOOLSBY, | No. 10-35379 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00111-CSO District of Montana, |
| v. | Billings |
| DARREN RANEY, individually and as the Chief of Police and as agent of the City of Livingston; et al., | ORDER |
| Defendants - Appellees. | |

Appellant's "Response Non-opposing Motion to Dismiss" is construed as a motion for voluntary dismissal. So construed, the motion is granted, and the appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Katrina K. Corbit
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

kkc/MOATT